UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE,<br><br>    Defendant. | Case No. 23-cv-04517-AMO<br><br>**CASE MANAGEMENT SCHEDULING ORDER**<br><br>Re: Dkt. No. 25 |

Having reviewed the parties' joint case management statement, ECF 25, the Court **VACATES** the case management conference currently set for January 25, 2024, and **SETS** the following deadlines in this matter:

| Event | Deadline |
|---|---|
| **Parties to file proposed stipulated protective order** | January 26, 2024 |
| **Parties to exchange initial disclosures** | February 23, 2024 |
| **Last day to seek leave to add parties or amend pleadings** | March 29, 2024 |
| **Close of fact discovery** | April 1, 2024 |
| **Parties to provide initial expert disclosure(s) and report(s)** | April 15, 2024 |
| **Parties to identify rebuttal expert(s) and provide rebuttal expert report(s)** | May 14, 2024 |
| **Close of expert discovery** | May 31, 2024 |
| **Defendant's summary judgment motion** | June 14, 2024 |
| **Plaintiff's combined cross-motion and opposition** | June 28, 2024 |
| **Defendant's combined opposition and reply** | July 8, 2024 |
| **Plaintiff's reply** | July 15, 2024 |
| **Initial proposed findings of fact and conclusions of law**[1] | July 29, 2024 |

---

[1] Any agreed-upon factual or legal findings shall be separately filed as "Joint Proposed Findings of

| Event | Deadline |
|---|---|
| **Hearing on cross-summary judgment and any Daubert motions**[2] | August 29, 2024 |
| **Revised proposed findings of fact and conclusions of law**[3] | September 19, 2024 |

The case is **HEREBY REFERRED** to private mediation, to be completed by no later than March 15, 2024. The parties shall file a joint mediation status report by no later than March 29, 2024.

Any party may seek modification of this Order for good cause. A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline.

**IT IS SO ORDERED.**

Dated: January 8, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

Fact and Conclusions of Law," with any remaining proposed findings of fact and conclusions of law to be filed separately by each party, and a Word version of each filing emailed to amopo@cand.uscourts.gov.

[2] The parties shall refer to the Court's Standing Order for Civil Cases for additional requirements, including limits on and sequencing of Daubert motions, and page limits for briefing on cross-motions for summary judgment.

[3] The parties' Revised Proposed Findings of Fact and Conclusions of Law shall conform to the instructions set forth in footnote 1.