**JAMES MILLS (S.B.# 203783)**
james@jamesmillslaw.com
**LAW OFFICES OF JAMES MILLS**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 521-8748
Fax: (510) 277-1413

**CLINTON L. TAPPER (***pro hac vice***)**
clinton@tapper-law.com
**TAPPER LAW FIRM LLC**
474 Willamette Street, Suite 306
Eugene, Oregon 97401
Telephone: (458) 201-7828
Fax: (458) 201-7636

Attorneys for Plaintiff
Marcy Thompson

**BRYAN S. WESTERFELD (S.B.# 218253)**
bwesterfeld@walravenlaw.com
**NICOLE E. WURSCHER (S.B.# 245879)**
new@walravenlaw.com
**JESSICA B. HARDY (S.B.# 246377)**
jbh@walravenlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Telephone: (949) 215-1990
Fax: (949) 215-1999

Attorneys for Defendant
United HealthCare Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY THOMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED HEALTHCARE,<br><br>　　　　Defendant. | Case No. 3:23-cv-04517-AMO<br><br>**STIPULATED MOTION AND PROPOSED ORDER EXTENDING ALL DEADLINES 120 DAYS** |

Plaintiff MARCY THOMPSON ("Plaintiff") and Defendant UNITED HEALTHCARE INC., hereby appear and move to extend all deadlines in this case for 180 days due to Plaintiff's serious illness and current hospitalization.

The parties represent to the Court they have been diligently working on this matter. The parties are currently in the process of exchanging initial disclosures and documents, and are scheduled to participate in private mediation. . Unfortunately, the Plaintiff Marcy Thompson has recently fallen ill and been hospitalized. Plaintiff's counsel does not expect her to be well enough to participate in the mediation process at this time and therefore will be forced to request a continuance of the date from the mediator and corresponding continuance of the Court's mediation completion deadline.

Plaintiff has reviewed the matter with Defendant and the parties agree that exchanging initial disclosures and documents and then pursuing mediation prior to additional discovery or briefing is the best plan to get the case resolved quickly and efficiently. In order to accommodate this goal and allow Plaintiff ample time to recover such that she is able to participate meaningfully in the mediation and litigation of this case, the parties propose and stipulate to the Court ordering the following schedule in the case;

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties to file proposed stipulated protective order | January 26, 2024 | N/A |
| Parties to exchange initial disclosures | February 23, 2024 | N/A |
| Mediation Completion Deadline | March 15, 2024 | September 13, 2024 |
| Last day to seek leave to add parties or amend pleadings | March 29, 2024 | September 27, 2024 |
| Close of fact discovery | April 1, 2024 | October 1, 2024 |
| Parties to provide initial expert disclosure(s) and report(s) | April 15, 2024 | October 15, 2024 |
| Parties to identify rebuttal expert(s) and provide rebuttal expert report(s) | May 14, 2024 | November 16, 2024 |
| Close of expert discovery | May 31, 2024 | November 30, 2024 |

| | | |
|---|---|---|
| **Defendant's summary judgment motion** | June 14, 2024 | December 6, 2024 |
| **Plaintiff's combined cross-motion and opposition** | June 28, 2024 | December 20, 2024 |
| **Defendant's combined opposition and reply** | July 8, 2024 | January 10, 2025 |
| **Plaintiff's reply** | July 15, 2024 | January 24, 2025 |
| **Initial proposed findings of fact and conclusions of law**[1] | July 29, 2024 | March 7, 2025 |

The Parties stipulate this schedule is proposed in the interest of judicial efficiency and not to annoy, harass or delay the matter.

Dated: March 6, 2024            **TAPPER LAW FIRM LLC**

By:/s/ Clinton L. Tapper
　　**Clinton L. Tapper**
　　Attorneys for Plaintiff
　　Marcy Thompson

Dated: March 6, 2024            **WALRAVEN & WESTERFELD LLP**

By:/s/ Nicole E. Wurscher
　　**Nicole E. Wurscher**
　　Attorneys for Defendant
　　United HealthCare Services, Inc.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: _____

　　ARACELI MARTÍNEZ-OLGUÍN
　　UNITED STATES DISTRICT JUDGE