UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE,<br><br>        Defendant. | Case No. 23-cv-04517-AMO<br><br>**CASE MANAGEMENT SCHEDULING ORDER NO. 2**<br><br>Re: Dkt. No. 35 |

Having reviewed the parties' stipulated motion to continue case deadlines by 180 days, the Court **EXTENDS** the existing case management schedule as set forth below:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| **Last day to add parties or amend pleadings** | March 29, 2024 | Remains set as March 29, 2024 |
| **Deadline to complete ADR** | March 15, 2024 | September 13, 2024 |
| **Status report re ADR** | March 29, 2024 | September 27, 2024 |
| **Close of fact discovery** | April 1, 2024 | October 1, 2024 |
| **Parties to provide initial expert disclosure(s) and report(s)** | April 15, 2024 | October 15, 2024 |

| Event | Previous Deadline | New Deadline |
|---|---|---|
| **Parties to identify rebuttal expert(s) and provide rebuttal expert report(s)** | May 14, 2024 | November 15, 2024 |
| **Close of expert discovery** | May 31, 2024 | November 29, 2024 |
| **Defendant's summary judgment motion** | June 14, 2024 | December 6, 2024 |
| **Plaintiff's combined cross-motion and opposition** | June 28, 2024 | December 20, 2024 |
| **Defendant's combined opposition and reply** | July 8, 2024 | January 10, 2025 |
| **Plaintiff's reply** | July 15, 2024 | January 24, 2025 |
| **Initial proposed findings of fact and conclusions of law**[1] | July 29, 2024 | March 7, 2025 |
| **Hearing on cross-summary judgment and any Daubert motions**[2] | August 29, 2024 | April 24, 2025 |
| **Revised proposed findings of** | September 19, 2024 | May 15, 2025 |

---

[1] Any agreed-upon factual or legal findings shall be separately filed as "Joint Proposed Findings of Fact and Conclusions of Law," with any remaining proposed findings of fact and conclusions of law to be filed separately by each party, and a Word version of each filing emailed to amopo@cand.uscourts.gov.

[2] The parties shall refer to the Court's Standing Order for Civil Cases for additional requirements, including limits on and sequencing of Daubert motions, and page limits for briefing on cross-motions for summary judgment.

| Event | Previous Deadline | New Deadline |
|---|---|---|
| **fact and conclusions of law**[3] | | |

Any party may seek modification of this Order for good cause.  A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline.

**IT IS SO ORDERED.**

Dated: March 13, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

[3] The parties' Revised Proposed Findings of Fact and Conclusions of Law shall conform to the instructions set forth in footnote 1.